IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>DAVID SHAWN SOBIECK,<br><br>    Defendant. | Case No. 20-06007-04-CR-W-DGK |

## MOTION TO DISMISS

Comes now the United States of America, by and through its undersigned counsel, and moves this Court pursuant to Federal Rule of Criminal Procedure 48(a), to dismiss the charges contained in the Superseding Indictment as they pertain to defendant DAVID SHAWN SOBIECK, as he is deceased.

            Respectfully submitted,

            Timothy A. Garrison
            United States Attorney

    By  */s/Alison D. Dunning*
       Alison D. Dunning
       Assistant United States Attorney
       Chief, Special Victims Unit
       Charles Evans Whittaker Courthouse
       400 East Ninth Street, Room 5510
       Kansas City, Missouri 64106
       Telephone: (816) 426-3122

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a copy of the foregoing was delivered on this 21st day of January, 2021, to the Electronic filing System (CM/ECF) of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

    */s/Alison D. Dunning*
Alison D. Dunning
Assistant United States Attorney